Mayfield v. Prosser et al.

No. 16,062.

MAYFIELD v. PROSSER ET AL.

From the Floyd Circuit Court.

C. L. Jewett and H. E. Jewett, for appellant.
A. Dowling, for appellees.

McBRIDE, J.—The only question involved in this appeal is fully covered by the opinion in the case of Mayfield v. Sears, 133 Ind. 86, decided at this term.

On the authority of that case, the judgment of the Floyd Circuit Court is affirmed.

Filed December 23, 1892.

No. 15,715.

STATE, EX REL. HAYWOOD, PROSECUTING ATTORNEY, v. EARL.

From the Tippecanoe Circuit Court.

G. P. Haywood and R. P. Davidson, for appellant.
T. A. Stuart and J. R. Coffroth, for appellee.

COFFEY, C. J.—The record in this case is in the same condition as the record in the case of State, ex rel. Haywood, Prosecuting Attorney, v. Earl, 133 Ind. 389, and upon the authority of that case the judgment of the Circuit Court herein is affirmed.

Filed January 11, 1893.

No. 16,101.

PETERSON v. EVANSVILLE & TERRE HAUTE RAILROAD COMPANY.

Appeal from the Sullivan Circuit Court.

W. C. Hultz, for appellant.
J. E. Iglehart, E. Taylor, J. T. Hays and H. J. Hays, for appellee.

McCABE, J.—This case is in all respects, except the name of the appellant, precisely like White v. Evansville, etc., R. R. Co., 133 Ind. 480, decided at this term, and on the authority of that case the judgment of the Circuit Court is affirmed.

Filed February 15, 1893.